**Order entered January 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00599-CV

**ROLAND VON KURNATOWSKI, ET AL., Appellants**

**V.**

**CITY OF COMMERCE, TEXAS, ET AL., Appellees**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 76,781**

## ORDER

The Court has before it appellees' December 21, 2012 unopposed fourth motion to extend time to file their briefs. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by January 25, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     MOLLY FRANCIS
JUSTICE